DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JENNIFER MIGUES,

Appellant,

v.

TRENT MIGUES,

Appellee.

No. 2D2025-1765

_____

May 8, 2026

Appeal from the Circuit Court for Hillsborough County; James S. Moody, III, Judge.

Steven J. Glaros of Steven Glaros & Associates, Palm Harbor, for Appellant.

Amanda Diplan of Cordell Law, LLP, Fort Lauderdale, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.